# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: DR:21-M -01064(1) |
| | § |
| (1) Jose Cornelio Vides | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 07, 2021** in **Zavala** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On June 7, 2021, the defendant, Jose Cornelio Vides, a United States citizen, was arrested near La Pryor, Texas, within the Western District of Texas, for conspiring to transport five undocumented individuals in furtherance into the United States. Zavala County Constable initiated a vehicle stop for speeding, when he noticed several passengers in the back who were covered in mud. The defendant in stated there was another*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Quezada, Emanuel
Border Patrol Agent

06/09/2021     at    DEL RIO, Texas
File Date                       City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.    Case Number: DR:21-M -01064(1)

(1) Jose Cornelio Vides

**Continuation of Statement of Facts:**

subject in the trunk. Border Patrol assistance was requested and after conducting an immigration inspection determined the six passengers to be illegally present in the United States. In a Sworn Statement post Miranda, the defendant self-admitted to conspiring with another individual to transport the undocumented subjects to San Antonio, Texas for $1000 per person."

_____    _____
Signature of Judicial Officer    Signature of Complainant